UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x
JACQUELINE FERNANDEZ, on behalf of herself and all others similarly situated,

                         Plaintiff,

-v.-

A G B BODY JEWELRY, INC.,

                         Defendants.
-------------------------------------------------------------------------x

Civil Action No:
1:24-cv-1590

## NOTICE OF VOLUNTARY DISMISSAL

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action specifically with regard to Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: July 18, 2024

So ordered.
7/19/2024

[signature]
J. PAUL OETKEN
United States District Judge

Respectfully Submitted,

 /s/Mark Rozenberg
Mark Rozenberg, Esq.
**Stein Saks, PLLC**
One University Plaza, Suite 620
Hackensack, NJ 07601
mrozenberg@steinsakslegal.com
Tel. 201-282-6500
Fax 201-282-6501
*Attorneys for Plaintiff*